UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA

v.   606CR026

SHEIKEL JAMISON

## ORDER

The motion of defendant Sheikel Jamison for a new trial, if not judgment of acquittal (doc. # 642), is **DENIED**.

This __ day of October, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 OCT 10 AM 11: 18
CLERK _____
SO. DIST. OF GA.