UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SHEIKEL M. JAMISON,

Petitioner,

v.                    6:11-cv-6

UNITED STATES,

Respondent.

## ORDER

Sheikel M. Jamison ("Jamison") has moved for a Certificate of Appealability ("COA") and for the right to appeal *in forma pauperis* ("IFP"). *See* Doc. 14. The Magistrate Judge recommended that the Court dismiss Jamison's habeas petition. *See* Docs. 6 and 9 (collectively, Report and Recommendation ("R&R")). The Magistrate Judge also recommended that the Court deny Jamison a COA and the ability to appeal IFP. *See* Doc. 6 at 7-8. This Court adopted the R&R on April 27, 2011, and dismissed Jamison's case. *See* Doc. 12.

Jamison's present motion is **DENIED** for the reasons set forth in the R&R. *See* Doc. 6.

This 24th day of May 2011.

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA